| | |
|---|---|
| UNITED STATES v. RONALD JAMES GREEN | USPO [ ] |
| SENTENCING SUMMARY CHART | AUSA [ ] |
| | DEF [☒] |

| | | | |
|---|---|---|---|
| Sentencing Date: | February 10, 2023 | Docket No.: | 21-CR-01275-DMS |
| Attorney's Name: | Adam S. Fels (pro hac vice) | | |
| Guideline Manual Used: | November 1, 2018 | Agree with USPO Calc.: | Yes ☒ No ☐ |

Base Offense Level(s): USSG § 2B1.1.(a)(2)                                                        6
Specific Offense Characteristics:
Loss of Between 250,000-550,000: USSG § 2B1.1(b)(1)(g)                              +12

Adjustment for Role in the Offense: USSG § 3B1.2(b)                                      - 2
Adjusted Offense Level:                                                                                      16
☐ Combined (Mult. Counts) ☐ Career Off. ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [USSG §3E1.1(b)]                     -3
Total Offense Level:                                                                                          12

Criminal History Score:                                                                                      0
Criminal History Category:                                                                                I

Guideline Range:                                                                                     from 12
                                                                                                           to    18 mths

Departures: Combination of Circumstances, USSG § 5K2.0 (to be filed by Government)    -2
               Reduction for Cooperation, USSG §5K1.1 (to be filed by Government)              ___

Resulting Guideline Range (prior to USSG §5K1.1)                                    from 8
                                                                                                           to    14 mths

DEFENDANT'S RECOMMENDATION: 5-year term of probation; $26,086.58 in restitution paid to TRICARE; no forfeiture; no fine; and $100 S/A.