**SENTENCING SUMMARY CHART**
[✓] **AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]**
**Sentencing Date:** February 10, 10:30 am

USPO [ ]
AUSA [✓]
DEF [ ]

Defendant's Name: GREEN, Ronald James     Docket No.: 21CR1275-DMS

Attorney's Name: Valerie Chu     Phone No.: (619) 546-6750

Guideline Manual Used: November 1, 2022     Agree with USPO Calc.: No

Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2B1.1     6

Specific Offense Characteristics: USSG §
USSG § 2B1.1(b)(1)(G)-loss $2,500,000 to $550,000     +12

Victim Related Adjustment:     ___

Adjustment for Role in the Offense:     -2

Adjustment for Obstruction of Justice:     ___

Adjustment for Reckless Endangerment During Flight:     ___

Adjusted Offense Level:     16
( [ ] Combined (Mult. Counts)  [ ] Career Off.  [ ] Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b)     -3

Total Offense Level:     13

Criminal History Score:     0

Criminal History Category:     I
( [ ] Career Offender  [ ] Armed Career Criminal)

Guideline Range:     from 12 mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)     to 18 mths
Departures:
USSG § 5K1.1     -2
Combination of Circumstances     -2

Resulting Guideline Range: Adjusted Offense Level  9     from 4 mths
**RECOMMENDATIONS:** 5 years' Probation     to 10 mths
Restitution order of $26,085.58, fully paid